**Dismissed and Memorandum Opinion filed March 5, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00777-CV

### IN THE MATTER OF J.F., JR., a Juvenile

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-05571J**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 21, 2012. The clerk's record was filed October 23, 2012. The reporter's record was filed October 15, 2012. No brief was filed.

On January 8, 2013, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before February 7, 2013, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Brown, and Busby.